# EXHIBIT "A"

JAE LEE LAW, P.C.
2050 Center Avenue, Suite 120
Fort Lee, New Jersey 07024
Telephone No: (201)346-3800
Facsimile No: (201)346-3822
Attorneys for Plaintiff, *Patrick Biondo*

| | |
|---|---|
| PATRICK BIONDO, | SUPERIOR COURT OF NEW JERSEY |
|  | LAW DIVISION: BERGEN COUNTY |
| *Plaintiff*, |  |
|  | DOCKET NO: BER-L-4230-17 |
| v. |  |
|  | CIVIL ACTION |
| MICHAEL S. FISSHER, BARR NUNN TRANSPORT, "JOHN DOES 1-5", and "ABC COMPANIES 1-5", (all being fictitious designations), |  |
|  | SUMMONS |
| *Defendants*. |  |

THE STATE OF NEW JERSEY, TO THE ABOVE NAMED DEFENDANT(S):

# Barr Nunn Transport

THE PLAINTIFF, named above has filed a lawsuit against you in the Superior Court of New Jersey. The Complaint attached to this Summons states the basis for this lawsuit. If you dispute this Complaint, you or your attorney must file a written Answer or Motion and proof of Service with the deputy clerk of the Superior Court in the County listed above within 35 days from the date you received this Summons, not counting the date you received it. If the Complaint is one in foreclosure, then you must file your written Answer or Motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A $135.00 filing fee payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your Answer or Motion when it is filed. You must also send a copy of your Answer or Motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written Answer or Motion (with fee and complete case Information Statement), if you want the Court to hear your defense.

If you do not file and serve a written Answer or Motion within 35 days, the Court may enter a Judgment against you for the relief of plaintiff's demands, plus interest and costs of suit. If judgment is entered against you the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford to pay an attorney, you may call the Legal Services Office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling the Lawyer Referral Services. A list of these numbers is also provided.

/s/ *Donald F. Phelan, Clerk*
DONALD F. PHELAN, CLERK

Dated: June 29, 2017

Name and Address of Defendant:

**Barr Nunn Transport**
**P.O. Box 518**
**Granger, IA 50109**

```
BERGEN COUNTY COURTHOUSE
SUPERIOR COURT LAW DIV
BERGEN COUNTY JUSTICE CTR RM 415
HACKENSACK        NJ 07601-7680
                                        TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (201) 527-2600
COURT HOURS  8:30 AM - 4:30 PM

                         DATE:   JUNE 23, 2017
                         RE:     BIONDO VS FISSHER
                         DOCKET: BER L -004230 17

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON MARY F. THURBER

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     002
AT: (201) 527-2600.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                         ATTENTION:
                                   ATT: JAE E. LEE
                                   JAE LEE LAW PC
                                   2050 CENTER AVENUE
                                   STE 120
                                   FORT LEE       NJ 07024
JUBTRU0
```

JAE LEE LAW, P.C.
By: Jae E. Lee
2050 Center Avenue, Suite 120
Fort Lee, New Jersey 07024
Telephone No: (201)346-3800
Facsimile No: (201)346-3822
New Jersey Attorney ID: 038541992
Attorneys for Plaintiff, *Patrick Biondo*

SUPERIOR COURT BERGEN COUNTY
**FILED**

JUN 19 2017

*[signature]*
DEPUTY CLERK

| | |
|---|---|
| PATRICK BIONDO, | : SUPERIOR COURT OF NEW JERSEY |
| *Plaintiff,* | : LAW DIVISION: BERGEN COUNTY |
| v. | : DOCKET NO: BER-L- 4230-17 |
| MICHAEL S. FISSHER, BARR NUNN TRANSPORT, "JOHN DOES 1-5", and "ABC COMPANIES 1-5", (all being fictitious designations), | : CIVIL ACTION |
| *Defendants.* | |

## COMPLAINT and JURY DEMAND

Plaintiff, Patrick Biondo, residing at 55 Harrington Avenue, in the Borough of Closter, in the County of Bergen, in the State of New Jersey, by way of Complaint against Defendants, says:

### FIRST COUNT

1. On or about September 25, 2015, Plaintiff, Patrick Biondo, was the owner and operator of a motor vehicle, which was traveling on Route 4 East at or near the intersection of Shephards Way and Forest Avenue, in the Borough of Paramus, in the County of Bergen, in the State of New Jersey.

2. At the aforesaid time and place, the Defendant, Michael S. Fissher, was the operator of a motor vehicle owned by the Defendant, Barr Nunn Transport, bearing Iowa license plate number SB3476, which was traveling on Route 4 East at or near the intersection of Shephards Way and Forest Avenue, in the Borough of Paramus, in the County of Bergen, in the State of New Jersey.

3. At the aforesaid time and place, the Defendants, "John Does 1-5", (being fictitious designations), were the operators of a motor vehicle owned by Defendants, "ABC Companies 1-5", (being fictitious designations),

which were traveling on Route 4 East at or near the intersection of Shephards Way and Forest Avenue, in the Borough of Paramus, in the County of Bergen, in the State of New Jersey.

4. At the aforesaid time and place, the Defendants owned, operated, maintained, repaired and controlled their motor vehicles in such a negligent and careless manner so as to strike Plaintiff's vehicle.

5. As a result of the negligence and carelessness of Defendants, Plaintiff suffered severe and permanent injuries, was disabled and disfigured, has suffered and will continue to suffer great pain and torment, both mental and physical.

6. As a further result of Defendants' aforesaid negligence, and the injuries thereby caused to Plaintiff, Plaintiff has been, and will be in the future, compelled to spend great and diverse sums of money for medical aid and treatment, and has been, and will be, prevented from attending to his usual occupation, duties, activities and business.

WHEREFORE, Plaintiff, Patrick Biondo, demands judgment against the Defendants, Michael S. Fissher, Barr Nunn Transport, "John Does 1-5" and "ABC Companies 1-5" (all being fictitious designations), for damages, together with interest and costs of suit.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## DESIGNATION of TRIAL COUNSEL

Pursuant of Rule 4:5-1(c), Martin S. Cedzidlo, Esq. is hereby designated as Trial Counsel.

## CERTIFICATION

I hereby certify that this matter is not the subject of any other action pending in any court or arbitration proceeding, that no such other action or arbitration proceeding is contemplated by this Plaintiff, and that there are no other parties, whom, to the knowledge of the Plaintiff's counsel, should be joined in this action.

I hereby certify that Certifications Pursuant to the Automobile Cost Reduction Act of 1998 are attached hereto, made a part hereof and are being filed herewith as a part of Plaintiff's pleadings.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Jae E. Lee

Date: May 17, 2017