LSK&D #: 643-0072 / 4827-3520-6239

## Client Reference No.:  00
## Attorney Collateral Account No. : 140641

LESTER SCHWAB KATZ & DWYER, LLP
500 Frank W. Burr Blvd., 5th Floor, Suite 31
Teaneck, New Jersey 07666
(973) 912-9501
Attorneys for Defendants
MICHAEL S. FISHER s/h/a MICHAEL S. FISSHER and
BARR NUNN TRANSPORT, INC., s/h/a BARR NUNN
TRANSPORT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

----------------------------------------------------------------x

PATRICK BIONDO

                         Plaintiff,

vs.

MICHAEL S. FISSHER, BARR NUNN
TRANSPORT, "JOHN DOES 1-5", and "ABC
COMPANIES 1-5", (all being fictitious
designations),

                        Defendants.

----------------------------------------------------------------x

**Docket No.: 2:17-cv-10896-JMV-SCM**

**STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter in difference in the above-entitled action having been amicably adjusted by and between plaintiff(s), PATRICK BIONDO, and defendant(s), MICHAEL S. FISHER s/h/a MICHAEL S. FISSHER and BARR NUNN TRANSPORT, INC., s/h/a BARR NUNN TRANSPORT, it is hereby stipulated and agreed that same be discontinued with prejudice, and that same be and is hereby dismissed without costs against either party.

Dated:      Teaneck, New Jersey
              March 22, 2018

| | |
|---|---|
| Jae Lee Law, P.C.<br>2050 Center Avenue, Suite 120<br>Fort Lee, New Jersey 07024<br>Attorneys for Plaintiff<br>T: (201) 346-3800<br>F: (201) 346-3822<br>N.J. Atty ID: 038541992<br><br>By: _____<br>  Jae E. Lee, Esq. | LESTER SCHWAB KATZ & DWYER, LLP<br>500 Frank W. Burr Blvd., 5th Floor, Suite 31<br>Teaneck, New Jersey 07666<br>(973) 912-9501<br>Attorneys for Defendants<br>MICHAEL S. FISHER s/h/a MICHAEL S.<br>FISSHER and BARR NUNN TRANSPORT, INC.,<br>s/h/a BARR NUNN TRANSPORT<br><br>By: _____<br>  Allyson B. Belmont (ABB-) |